UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENIS ROY GONSALVES, on behalf of himself and all others similarly situated, | C. A. NO. 07 CIV 7897 (VM) |
| Plaintiff, | **Rule 7.1 Statement** |
| -v- | "ECF CASE" |
| GARRETT THORNBURG, LARRY A. GOLDSTONE, CLARENCE G. SIMMONS, ANN-DRUE M. ANDERSON, DAVID A. ATER, JOSEPH H. BADAL, ELIOT R. CUTLER, MICHAEL B. JEFFERS, IKE KALANGIS, OWEN M. LOPEZ, FRANCIS I. MULLIN, III, STUART C. SHERMAN and THORNBURG MORTGAGE, INC., | |
| Defendants. | |

**DISCLOSURE OF INTERESTED PARTIES**

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Denis Roy Gonsalves, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. NONE.

Date: September 27, 2007

**ABBEY SPANIER RODD &
ABRAMS, LLP**

By: _____
Nancy Kaboolian (NK - 6346)
212 East 39th Street
New York, New York 10016
Tele:   (212) 889-3700
Fax:    (212) 684-5191
nkaboolian@abbeyspanier.com

# CERTIFICATE OF SERVICE

I, Carolyn Davila, hereby certify that on September 27, 2007, I caused the following documents:

Disclosure of Interested Parties (Rule 7.1 Statement)
~~Affidavit Of Service~~

to be served upon the following persons/entities by U.S. mail and the ECF filing rules:

HELLER EHRMAN LLP
Jeremy Kudon, Esq.
Times Square Tower
7 Times Square
New York, New York 10036

_____
Carolyn Davila