UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

DENIS ROY GONSALVES, on behalf of
himself and all others similarly situated,

                      Plaintiffs,

v.

GARRETT THORNBURG, LARRY A.
GOLDSTONE, CLARENCE G. SIMMONS,
ANNE-DRUE M. ANDERSON, DAVID A ATER,
JOSEPH H. BADAL, ELIOT R. CUTLER,
MICHAEL B. JEFFERS, IKE KALANGIS,
OWEN M. LOPEZ, FRANCIS I. MULLIN, III,
STUART C. SHERMAN and THORNBURG
MORTGAGE, INC.,

                      Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-07

Civil Action No.: 07 CIV 7897 (VM)

**STIPULATION EXTENDING TIME TO RESPOND TO CLASS ACTION COMPLAINT**

      IT IS HEREBY STIPULATED, by and between the attorneys for the undersigned parties to this action, as follows:

      Counsel for Defendants Thornburg Mortgage, Inc., Garrett Thornburg, Larry Goldstone, Clarence Simmons, Anne-Drue Anderson, David Ater, Joseph Badal, Eliot Cutler, Michael Jeffers, Ike Kalangis, Owen Lopez, Francis Mullin and Stuart Sherman (collectively "Defendants") hereby accepts service of the Summons and Complaint ("Class Action Complaint") in this action on behalf of all Defendants.

      The time for Defendants to answer, move or otherwise respond to the Class Action Complaint in this action is extended through and including forty-five (45) days after the later of (i) the assignment of lead plaintiffs' counsel, or (ii) the filing of a consolidated class action complaint in this action.

      Following assignment of lead plaintiffs' counsel, the parties may meet and confer regarding additional time to answer, move or otherwise respond to the consolidated class action

complaint.

Dated: September 27, 2007

                                        Respectfully submitted,

                                        HELLER EHRMAN LLP

                                        By _____

                                        Jeremy Kuden (JK 5131)
                                        Times Square Tower
                                        7 Times Square
                                        New York, New York 10036
                                        Telephone: (212) 832-8300

                                        Attorneys for Defendants:
                                        Garrett Thornburg, Larry A. Goldstone,
                                        Clarence G. Simmons, Anne-Drue M.
                                        Anderson, David A. Ater, Joseph H. Badal,
                                        Eliot R. Cutler, Michael B. Jeffers, Ike
                                        Kalangis, Owen M. Lopez, Francis I.
                                        Mullin, III, Stuart C. Sherman and
                                        Thornburg Mortgage, Inc.

Dated: September 26, 2007

                                        ABBEY SPANIER RODD & ABRAMS,
                                        LLP

                                        By _____
                                        Nancy Kaboolian
                                        212 East 39th Street
                                        New York, New York 10016
                                        Telephone: (212) 889-3700

                                        Attorneys for Plaintiff:
                                        Denis Roy Gonsalves

So ordered: 28 September 2007

_____
USDJ  Victor Marrero

2