UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENIS ROY GONSALVES, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>GARRETT THORNBURG, LARRY A. GOLDSTONE, CLARENCE G. SIMMONS, ANNE-DRUE M. ANDERSON, DAVID A. ATER, JOSEPH H. BADAL, ELIOT R. CUTLER, MICHAEL B. JEFFERS, IKE KALANGIS, OWEN M. LOPEZ, FRANCIS I. MULLIN, III, STUART C. SHERMAN and THORNBURG MORTGAGE, INC.,<br><br>      Defendants. | Civil Action No.: 07 CIV 7897 (VM)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1** |

Pursuant to Federal Rule of Civil Procedure, Rule 7.1, Defendant Thornburg Mortgage Inc. states that no publicly held corporation holds 10% or more of its stock.

Dated: October 1, 2007

                Respectfully submitted,

                **HELLER EHRMAN LLP**

                By: /s/Jeremy Kudon

                Jeremy Kudon
                Times Square Tower
                7 Times Square
                New York, New York 10036
                Telephone: (212) 832-8300

                Attorneys for Defendants:
                Garrett Thornburg, Larry A. Goldstone, Clarence G. Simmons, Anne-Drue M. Anderson, David A. Ater, Joseph H. Badal, Eliot R. Cutler, Michael B. Jeffers, Ike Kalangis, Owen M. Lopez, Francis I. Mullin, III, Stuart C. Sherman and Thornburg Mortgage, Inc.