UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENIS ROY GONSALVES, on behalf of himself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>            v.<br><br>GARRETT THORNBURG, LARRY A. GOLDSTONE, CLARENCE G. SIMMONS, ANNE-DRUE M. ANDERSON, DAVID A. ATER, JOSEPH H. BADAL, ELIOT R. CUTLER, MICHAEL B. JEFFERS, IKE KALANGIS, OWEN M. LOPEZ, FRANCIS I. MULLIN, III, STUART C. SHERMAN and THORNBURG MORTGAGE, INC.,<br><br>                              Defendants. | Civil Action No.: 07 CIV 7897 (VM)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Jeremy Kudon hereby appears on behalf of Defendants Garrett Thornburg, Larry A. Goldstone, Clarence G. Simmons, Anne-Drue M. Anderson, David A. Ater, Joseph H. Badal, Eliot R. Cutler, Michael B. Jeffers, Ike Kalangis, Owen M. Lopez, Francis I. Mullin, III, Stuart C. Sherman and Thornburg Mortgage, Inc. in the above-captioned action and requests that all pleadings, notices, orders, correspondence and other papers be served on the undersigned.

Dated:  New York, New York
          October 1, 2007

                                        **HELLER EHRMAN LLP**

                                        /s/ Jeremy Kudon
                                        Jeremy Kudon (JK-8131)
                                        Times Square Tower
                                        7 Times Square
                                        Phone:  (212) 832-8300
                                        Fax:  (212) 763-7600

                                        Counsel for Defendants Garrett Thornburg, Larry A. Goldstone, Clarence G. Simmons, Anne-Drue M. Anderson, David A. Ater, Joseph H. Badal, Eliot R. Cutler, Michael B. Jeffers, Ike Kalangis, Owen M. Lopez, Francis I. Mullin, III, Stuart C. Sherman and Thornburg Mortgage, Inc.